Tyson M. Takeuchi, SBN 177419
LAW OFFICE OF TYSON TAKEUCHI
1100 Wilshire Blvd., Suite 2606
Los Angeles, CA 90017
Telephone 213.637.1566
Facsimile 888.977.6310
tyson@tysonfirm.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | ) Case No.: 6:14-bk-20253-MH |
| | ) |
| Cammy Camillia Hardister, | ) Chapter 13 |
| | ) |
| Debtor. | ) APPLICATION FOR ORDER VACATING |
| | ) DISMISSAL AND SETTING NEW |
| | ) MEETING OF CREDITORS WITH |
| | ) 341(a) |
| | ) |
| | ) [No Hearing Unless Requested By |
| | ) The Court] |
| | ) |
| | ) |

    Counsel for Debtor Cammy Camillia Hardister, Tyson M. Takeuchi ("Applicant"), hereby applies for an order vacating the dismissal of the instant case, entered on September 2, 2014, on the basis that the dismissal arose from Applicant's failure to file the Debtor's Certificate of Counseling.

    In support of the requested relief, Applicant attests to the following:

    1. The instant case was initiated on August 13, 2014 with Applicant's filing of the Debtor's voluntary petition.

2. Applicant filed the proposed Chapter 13 plan, bankruptcy schedules, statements and related documents on August 27, 2014.

3. Applicant failed to file Debtor's Certificate of Counseling, resulting in a dismissal of the instant case on September 2, 2014.

4. The Debtor's Certificate of Counseling is dated August 12, 2014, indicating the Debtor completed her pre-petition credit counseling course prior to the filing date of the instant case.

In light of the foregoing, Applicant prays for an order granting the following relief:

1. The order dismissing the instant bankruptcy proceeding be vacated;

2. If necessary, that a new date for the Debtor's Meeting with Creditors and 341(a) be set.

DATED: September 3, 2014        LAW OFFICE OF TYSON M. TAKEUCHI

_____
TYSON M. TAKEUCHI
Attorney for Debtor

# DECLARATION

### DECLARATION OF TYSON M. TAKEUCHI

I, TYSON M. TAKEUCHI, declare and state as follows:

1. I am an attorney at law, licensed to practice before all courts in the State of California and the Central District of California Federal Courts. I am over the age of eighteen years, and if called upon to testify, I could and would do so competently. I am the Plaintiff's attorney of record and have personal knowledge of the facts set forth herein, and based on that personal knowledge I assert that all such facts are true and correct to the best of my knowledge. To the extent I base my testimony upon information and belief or upon admissible evidence other than my personal knowledge, I will specifically state.

2. I am the attorney-of-record for Debtor Cammy Camillia Hardister (the "Debtor") in case number 6:14-bk-20253-MH.

3. The Debtor filed the instant case through me on August 13, 2014.

4. The Debtor's voluntary petition was filed on August 13, 2014.

5. The Debtor's Chapter 13 plan, schedules, statements and related documents were filed on August 27, 2014.

6. Unfortunately, the Debtor's Certificate of Counseling—dated August 12, 2014—was not filed.

7. As a result, the instant case was dismissed on September 2, 2014.

8. Attached as Exhibit 1 is a true, correct and complete copy of the Debtor's Certificate of Counseling, which indicates

the Debtor completed her pre-petition credit counseling course prior to the date of filing of the instant case.

9. As the instant case was dismissed through my failure to file the Debtor's timely received Certificate of Counseling, and as it was not dismissed through a fault of the Debtor, I respectfully request that the Court grant the relief requested in the instant Application.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 3rd Day of September, 2014, at Los Angeles, California.

_____
Tyson M. Takeuchi, Applicant

# EXHIBIT 1

Certificate Number: 12459-CAC-CC-023984789



12459-CAC-CC-023984789

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 12, 2014</u>, at <u>5:05</u> o'clock <u>PM PDT</u>, <u>Cammy Hardister</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Central District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>August 12, 2014</u>          By:    <u>/s/Andrew Espana</u>

                                        Name:  <u>Andrew Espana</u>

                                        Title: <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1100 Wilshire Boulevard, Suite 2606, Los Angeles, California 90017

A true and correct copy of the foregoing document entitled (*specify*): Application for Order Vacating Dismissal and Setting New Meeting of Creditors with 341(a)
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/03/2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod (MH) Danielson (TR)    notice-efile@rodan13.com
John D Schlotter    ecfmail@aclawllp.com
Tyson Takeuchi    tyson@tysonfirm.com, albert@tysonfirm.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 07/23/2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JUDGE: U.S. Bankruptcy Court, 3420 Twelfth Street, Suite 365, Riverside, CA 92501

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/03/2014 | Albert Pfaffman | *[signature]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.